UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

JORDAN BENNETT,

                      Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The June 30, 2023 bail hearing is rescheduled to 1:00 p.m.

Dated: New York, New York
        June 29, 2023

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge