UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JORDAN BENNETT,

Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A sentencing hearing will take place in this matter on **July 19, 2024, at 2:00 p.m.**

in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York.

Dated:  New York, New York
        April 10, 2024

SO ORDERED.

Paul G. Gardephe
United States District Judge