**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

July 3, 2024

**By ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:    United States v. Bruce Silva (Jordan Bennett)
                       23 Cr. 204 (PGG)

Dear Judge Gardephe:

      I represent Jordan Bennett in the above-referenced matter. He is currently scheduled to be sentenced on July 19, 2024. I write to respectfully request a short extension to file our sentencing submission, from July 5 to July 8, 2024. We do not seek an adjournment of the sentencing date. An extension would provide sufficient time to obtain additional documentation for the Court's consideration at sentencing. This is the first request for an extension of time, and the government consents to this request. Accordingly, it is respectfully requested that the date for defense sentencing submission be extended to July 8, 2024. We greatly appreciate the Court's time and consideration of this matter.

                                    Respectfully submitted,

                                    Michael D. Bradley, Esq.
                                    Counsel for Mr. Bennett

cc:    AUSA Jacob Fiddelman (*via ECF*)
        AUSA Michael Herman (*via ECF*)
        AUSA Michael King (*via ECF*)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*(signed)*
**Paul G. Gardephe, U.S.D.J.**

Date: July 3, 2024