UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JORDAN BENNETT,

                 Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Jordan Bennett's sentencing is currently scheduled for July 19, 2024, at 2:00 p.m.

The Presentence Report ("PSR") and the Defendant's plea agreement both state that a two-level adjustment is appropriate pursuant to § 3B1.1(c) of the Sentencing Guidelines because the Defendant was an "organizer, leader, manager, or supervisor in any criminal activity other than described" in §§ 3B1.1(a) and 3B1.1(b) of the Guidelines.  (PSR ¶ 118; Plea Agmt. (Dkt. No. 116-2) at 3)

The criminal activity described in the PSR "involved five or more participants or was otherwise extensive," however, and Bennett occupied a "managerial role" in the gang.  (PSR ¶ 74)  Indeed, the PSR states that Bennett "took over leadership of Dub City from [Co-Defendant Bruce Silva] after [Silva] was incarcerated."  (Id. ¶ 59)  It thus appears that a four-level adjustment pursuant to § 3B1.1(a) – rather than the two-level adjustment described in the plea agreement and in the PSR – is appropriate.

Any party wishing to make a submission addressing this issue will do so by **5:00**

**p.m. on July 17, 2024.**

Dated: New York, New York
       July 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2