UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JORDAN BENNETT,

Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The evidentiary hearing and sentencing scheduled for August 30, 2024 at 10:00

a.m. is adjourned to **August 30, 2024 at 2:00 p.m.**

Dated: New York, New York
       August 15, 2024

SO ORDERED.

Paul G. Gardephe
United States District Judge