UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>JORDAN BENNETT,<br><br>                    Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

On March 25, 2024, Defendant Jordan Bennett entered a guilty plea to Count One of the Indictment (Dkt. No. 1) before Magistrate Judge James L. Cott.

On April 2, 2024, the Government submitted to this Court a transcript of the plea proceeding before Judge Cott. (Dkt. No. 116-1)

Upon review of the transcript – as supplemented by today's proceeding – this Court finds that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea.

Accordingly, the Defendant's guilty plea is accepted.

Dated: New York, New York
       August 30, 2024

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge