**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 27, 2024

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Sept. 30, 2024

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Jordan Bennett*, 23 Cr. 204 (PGG)

Dear Judge Gardephe:

The Government respectfully submits this letter motion to request a two-week extension of the schedule for restitution-related submissions as to defendant Jordan Bennett, which currently requires the Government's submission by September 30, 2024, and the defendant's response by October 7, 2024. The Government has been diligently working on the restitution issue. At this time, the only restitution award the Government anticipates possibly seeking is the value of the necklace stolen during the December 21, 2019 robbery. (*See* PSR ¶ 61). The victim of that incident, however, has recently become non-responsive to the Government's communications. Accordingly, the Government requests an additional two weeks to continue its efforts to re-establish contact with that individual to determine whether he still seeks restitution and, if so, to confirm all necessary information. The 90-day statutory window for deferred restitution calculations will not expire until the end of November.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Michael R. Herman
Matthew J. King
Assistant United States Attorneys
(212) 637-1024/-2221/-2384

cc:  Defense counsel